IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


TRACEY SASSER,

      Plaintiff,

v.                                  CASE NO.  5:15cv129-RH/GRJ

BOBBY HADDOCK,

      Defendant.

_____/


**ORDER ON RULE 26(f) OBLIGATIONS**


The attorney conference required under Federal Rule of Civil Procedure 26(f) must include an oral conversation between attorneys responsible for the litigation on each side.  An exchange of information in writing is not sufficient.  The attorneys must fully comply with the letter and spirit of the rule.

In addition to the other contents of the report that will be filed under Federal Rule of Civil Procedure 26(f), the report must include:

      1.     A statement that the attorneys responsible for the litigation on each side have had an oral conversation and have fully complied with Rule 26(f).

2.	For the plaintiff, a succinct, numbered list of each action that she asserts constituted an adverse employment action—an action with tangible consequences—within the meaning of *Davis v. Town of Lake Park, Fla.*, 245 F.3d 1232, 1238-39 (11th Cir. 2001).  An action that is not itself a tangible employment action but that the plaintiff contends is actionable only because it contributed to a hostile environment should not be listed.

3.	For the defendant, a succinct, numbered list of each legitimate, nondiscriminatory reason for each of the plaintiff's claimed tangible employment actions.

SO ORDERED on August 4, 2015.

> s/Robert L. Hinkle
> United States District Judge